UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

MICHAEL WEINMAN,
CECILIA WEINMAN

JUDGMENT IN A CIVIL CASE

     Plaintiffs,

v.

CASE NO: 1:23-cv-01158-JDB-atc

MID-VALLEY PIPELINE COMPANY, LLC,
ENERGY TRANSFER CRUDE MARKETING, LLC,
ENERGY TRANSFER CRUDE OIL COMPANY,
ENERGY TRANSFER EMPLOYEE MANAGEMENT, LLC,
ENERGY TRANSFER MARKETING & TERMINALS, L.P.
ENERGY TRANSFER, L.P., OFFICER JOHN DOES 1-4,

     Defendants.

IT IS ORDERED AND ADJUDGED that in accordance with the ORDER OF DISMISSAL WITHOUT PREUDICE entered August 9, 2023, this cause is hereby DISMISSED without prejudice.

APPROVED:

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: August 10, 2023

WENDY R. OLIVER
Clerk of Court

s/Blair Moore
(By)    Deputy Clerk